AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
District of Massachusetts

United States of America )
v. )
) Case No.   25-mj-3084 (KAR)
)
WARREN MESSECK )
)
)

_____
*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____November 23, 2021_____ in the county of _____Hampden_____ in the
_____ District of _____Massachusetts_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252 | Possession of Child Pornography |

This criminal complaint is based on these facts:

See attached affidavit of Special Agent Madeline Hagen, FBI.

☑ Continued on the attached sheet.

Signed electronically with authorization from
FBI Special Agent Madeline Hagen on May 1, 2025.

/s/ Madeline Hagen
_____
*Complainant's signature*

Special Agent Madeline Hagen, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  _____05/01/2025_____

/s/ Katherine A. Robertson
_____
*Judge's signature*

City and state: _____Springfield, MA_____

Katherine A. Robertson, U.S. Magistrate Judge
_____
*Printed name and title*

Signed electronically with authorization from Katherine A. Robertson, U.S. Magistrate Judge on May 1, 2025.